No. 369, Misc. NUTT v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Wm. J. Holloway, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 413, Misc. MINTZER v. JOSEPH ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Charles Seligson* for respondents.

No. 425, Misc. COOPER v. REINCKE, WARDEN. C. A. 2d Cir. Certiorari denied. *Morgan P. Ames* for petitioner.

No. 231, Misc. DETORO v. PEPERSACK, WARDEN. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *William J. McCarthy* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, and *Franklin Goldstein,* Assistant Attorney General, for respondent.

No. 426, Misc. PATE v. PAGE, WARDEN. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Melvin L. Wulf* for petitioner. *Charles Nesbitt,* Attorney General of Oklahoma, and *Charles L. Owens,* Assistant Attorney General, for respondent.

No. 209, Misc. GORDON ET AL. v. ILLINOIS BELL TELEPHONE CO. ET AL. Motion to substitute Ann Gordon in place of Paul Gordon granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *Edmund Hatfield* for petitioners. *Kenneth F. Burgess* and *James E. S. Baker* for respondents.